UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DELTA SMELT CASES,<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.* v. SALAZAR, *et al.* (Case No. 1:09-cv-407)<br><br>STATE WATER CONTRACTORS v. SALAZAR, *et al.* (Case No. 1:09-cv-422)<br><br>COALITION FOR A SUSTAINABLE DELTA, *et al.* v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* (Case No. 1:09-cv-480)<br><br>METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* (Case No. 1:09-cv-631)<br><br>STEWART & JASPER ORCHARDS, *et al.* v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* (Case No. 1:09-cv-892) | 1:09-cv-407 OWW GSA<br>1:09-cv-422 OWW GSA<br>1:09-cv-631 OWW GSA<br>1:09-cv-892 OWW GSA<br>PARTIALLY CONSOLIDATED<br>WITH: 1:09-cv-480 OWW GSA<br><br>**ORDER RE MOTIONS TO ALLOW EXPERT TESTIMONY AND DISCOVERY**<br><br>Date:   October 2, 2009<br>Time:   1:30 p.m.<br>Ctrm:   3<br>Judge:  Hon. Oliver W. Wanger |

PDF created with pdfFactory trial version www.pdffactory.com

On October 2, 2009, the Court heard the following motions concerning expert witness testimony and discovery by the Metropolitan Water District of Southern California ("Metropolitan"), San Luis & Delta-Mendota Water Authority and Westlands Water District ("SLDMWA"), and California Department of Water Resources and Lester Snow, Director, California Department of Water Resources ("DWR"):

- Metropolitan's Motion to Allow Expert Testimony and Discovery (Doc. # 158, 162, 167, 168);
- DWR's Motion to Allow Extra Record Evidence to Explain Technical Terms and Complex Subject Matter (Doc. # 156);
- SLDMWA's Motion for Discovery and Admission of Expert Testimony (Doc. # 157, 159, 160, 163, 164).

The Court has fully considered the briefs, evidence, and oral arguments submitted by the parties, and good cause appearing therefore, THE COURT HEREBY ORDERS:

1. Metropolitan's Motion seeking admission of the testimony of Dr. Deriso is GRANTED because Metropolitan made a threshold showing of the materiality of such testimony and how it would be of assistance to the Court in understanding technical terms and complex subject matter. This ruling is without prejudice to the parties' ability to object to the admissibility of Dr. Deriso's testimony submitted at a later date. Metropolitan's request for deposition of the person most knowledgeable and/or author of the Biological Opinion is DENIED, subject to further showing.

2. DWR's Motion seeking admission of expert testimony in GRANTED in part and conditionally DENIED in part. It is GRANTED with respect to DWR's request to present expert testimony concerning the Potential Entrainment Index (PEI) because DWR made a threshold showing of the materiality of such testimony and how it would be of assistance to the Court in understanding technical terms and complex subject matter. This ruling is without prejudice to the parties' ability to object to the admissibility of DWR's expert testimony submitted at a later date. It is conditionally DENIED with respect to DWR's request to present expert testimony concerning (i) the CALSIM II Simulation Model and (ii) studies addressing correlations between

PDF created with pdfFactory trial version www.pdffactory.com

environmental factors affecting fall habitat and delta smelt abundance because DWR failed to make a threshold showing of the materiality of such testimony. DWR is provided the opportunity to make the requisite threshold materiality showing for admission of expert testimony concerning these two subjects according to the schedule set forth below.

3. SLDMWA's Motion seeking admission of expert testimony concerning three subject areas is conditionally DENIED because it did not identify with sufficient specificity the subject areas of the proposed testimony and did not make the requisite threshold showing of its materiality and how it would be of assistance to the Court in understanding technical terms and complex subject matter. SLDMWA is provided the opportunity to make the requisite identification and threshold showing for admission of expert testimony according to the schedule set forth below. SLDMWA's request for deposition of the person most knowledgeable and/or author of the Biological Opinion is DENIED, subject to further showing.

4. DWR, SLDMWA, and the State Wate Contractors (who joined the motions of Metropolitan and SLDMWA) may submit further requests for admission of expert testimony by October 9, 2009. The Federal Defendants and Defendant-Intervenors may oppose such further requests and designate rebuttal experts by October 16, 2009. The Court will hold a hearing on any such further requests on October 19, 2009.

5. Expert declarations as authorized by this Order shall be filed and served pursuant to a schedule as further ordered by the Court.

Dated: October 8, 2009          /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                U.S. District Court Judge

ORDER RE MOTIONS TO ALLOW EXPERT TESTIMONY AND DISCOVERY
CASE NO. 1:09-CV-004070 OWW GSA
sf-2748749

2

PDF created with pdfFactory trial version www.pdffactory.com