IGNACIA S. MORENO
Assistant Attorney General

KEVIN W. McARDLE, Trial Attorney (D.C. Bar No. 454569) (Counsel for Service)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY,

    Plaintiffs,

    v.

U.S. ENVIRONMENTAL PROTECTION AGENCY and LISA JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency,

    Defendants.

No: 1:09-cv-02022-OWW-DLB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate to the dismissal of this case, which consists of the Sixth and Seventh Claims for Relief contained in Plaintiffs' Second Amended Complaint (Dkt. #75) filed in Case No. 1:09-cv-00480-OWW-GSA.  Dismissal is without prejudice, with each party to bear its own costs, expenses, and attorney fees.

Respectfully submitted this 21st day of June, 2010

| | |
|---|---|
| NOSSAMAN LLP<br>ROBERT D. THORNTON<br>PAUL S. WEILAND<br>AUDREY HUANG<br><br>By: */s/ Paul S. Weiland*<br><br>Attorneys for Plaintiffs Coalition for a Sustainable Delta and Kern County Water Agency<br><br>KERN COUNTY WATER AGENCY<br>AMELIA T. MINABERRIGARAI<br><br>By: */s/ Amelia T. Minaberrigarai*<br><br>Attorney for Plaintiff Kern County Water Agency | IGNACIO S. MORENO<br>Assistant Attorney General<br><br>  */s/ Kevin W. McArdle*<br>KEVIN W. McARDLE,<br>Trial Attorney, DC Bar # 454569<br>Kevin.McArdle@usdoj.gov<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0219<br>Facsimile: (202) 305-0275<br><br>Attorneys for Defendants |

IT IS SO ORDERED.

**Dated:   June 21, 2010**                        **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE